# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**DEMARQUIS ANTIONE CAINON,**

    Plaintiff,

v.

**WILLIAM DANFORTH and CALVIN ORR,**

    Defendants.

Civil Action 7:12-CV-108 (HL)

## ORDER

This case is before the Court on a Recommendation (Doc. 41) in which United States Magistrate Judge Thomas Q. Langstaff recommends that Defendants' Motion to Dismiss (Doc. 16) be granted and Plaintiff's Motion for Injunctive Relief (Doc. 24) be denied. Plaintiff has not filed an objection to the Recommendation.

The Court has reviewed the Recommendation for plain error and finds none. Thus, the Recommendation is accepted and adopted as the order of the Court. Defendants' Motion to Dismiss (Doc. 16) is granted. Plaintiff's Motion for Injunctive Relief (Doc. 24) is denied.

**SO ORDERED**, this the 3rd day of June, 2013.

                              s/ Hugh Lawson
                              **HUGH LAWSON, SENIOR JUDGE**

mbh