**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**DEMARQUIS ANTIONE CAINION,**

       Plaintiff,

v.

                                        Civil Action 7:12-CV-108 (HL)

**WILLIAM DANFORTH and CALVIN ORR,**

       Defendants.

**ORDER**

After judgment was entered in this case in Defendants' favor on July 3, 2013, the Court received an objection from Plaintiff to the Magistrate Judge's Recommendation. The Recommendation provided the parties with fourteen days from the date of its service to file written objections to the recommendations therein. The period for objections expired on June 17, 2013. Plaintiff's objection to the Recommendation was not filed until July 5, 2013, with no explanation provided for the delay. It was not timely filed and will not be considered. In any event, Plaintiff's objections, even if timely, are not persuasive. The judgment in favor of Defendants previously entered stands.

**SO ORDERED**, this the 8th day of July, 2013.


                                *s/ Hugh Lawson*
                                **HUGH LAWSON, SENIOR JUDGE**

mbh